# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U.S. Bank National Association, | No. CV-15-00048-PHX-DKD |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Main, et al., | |
| Defendants. | |

On January 12, 2015 Defendants filed a Notice of Removal. On February 4, 2015 the Magistrate Judge issued his Report and Recommendation recommending that this case be remanded to Maricopa County Superior Court.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

/ / /

/ / /

1    **IT IS FURTHER ORDERED** remanding this matter to the Maricopa County
2 Superior Court.
3
4    Dated this 23rd day of February, 2015.

_____
Susan R. Bolton
United States District Judge